**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| STACY HAIRE,<br><br>　　Plaintiff,<br><br>v.<br><br>HUNG CAO[1], ACTING SECRETARY, U.S.<br>DEPARTMENT OF THE NAVY,<br><br>　　Defendant. | Case No.  1:23-cv-00202-LAG |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff Stacy Haire and Defendant Hung Cao, Acting Secretary of the U.S. Department of the Navy (collectively, the parties), by and through their undersigned counsel, announce to the Court that an agreement in principle to resolve the instant civil action has been reached.

The parties will file a stipulation of dismissal of the above-styled action as soon as a written settlement agreement is fully executed and payment is made.  The parties anticipate such events to be completed within ninety (90) days.

Respectfully submitted this 7th day of July, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By:　*/s/ Bernard Snell*
　　BERNARD SNELL
　　Assistant United States Attorney
　　Georgia Bar No. 665692

---

[1] The Honorable Hung Cao assumed the duties and responsibilities of Acting Secretary of the Navy on April 22, 2026.

United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202
Tel.: (478) 621-2732
Email: Bernard.Snell@usdoj.gov

*Attorney for Defendant*


s/ *Tamara L. Slater*

Tamara L. Slater
1825 K St. NW, Suite 750
Washington, D.C. 20006
Tel.: (202) 539-9308
Email:  tamara.slater@leschtlaw.com

s/ *Kenneth E. Barton III*

Kenneth E. Barton, III
170 College Street
Macon, GA 31201
Tel.: (478) 841-9007
Email: keb@cooperbarton.com

*Attorneys for Plaintiff*

2