**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

STACY HAIRE,                                  :
                                              :
    Plaintiff,                        :
                                              :
v.                                            :    CASE NO.: 1:23-CV-202 (LAG)
                                              :
CARLOS DEL TORO,[1]                           :
*Secretary of the U.S. Department*            :
*of the Navy*,                                :
                                              :
    Defendant.                        :
                                              :

## ORDER

Before the Court the Parties' Joint Notice of Settlement (Doc. 32). Therein, the Parties represent "that an agreement in principle to resolve the instant civil action has been reached." *Id*. at 1. The Parties request ninety (90) days to finalize the settlement. Accordingly, the Court **DIRECTS** the Clerk of Court to administratively close this case and terminate all hearing dates or pending motions. The Parties are **ORDERED** to file a stipulated dismissal or move to reopen the case by **Wednesday, October 7, 2026**.

    **SO ORDERED**, this 22nd day of July, 2026.

               /s/ Leslie A. Gardner
               **LESLIE A. GARDNER, CHIEF JUDGE**
               **UNITED STATES DISTRICT COURT**

---

[1]    The named Defendant, Carlos Del Toro, Secretary of the Navy, was relieved of his duties on January 20, 2025. Currently, Hung Cao is the Acting Secretary of the Navy.